FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 14, 2021

No. 04-19-00548-CV

**SAN ANTONIO FEDERAL CREDIT UNION**,
Appellant

v.

Mario R. **CANTU**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-21715
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Beth Watkins, Justice

This court issued an opinion and judgment in this case on May 26, 2021. The current deadline for appellant's motion for rehearing or reconsideration en banc is June 10, 2021. *See* TEX. R. APP. P. 49.1. On June 8, 2021, appellant filed an unopposed motion requesting a 30-day extension to file its motion for rehearing or reconsideration en banc. After consideration, appellant's motion is **GRANTED**. We **ORDER** appellant to file its motion for rehearing or reconsideration en banc **by July 12, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court